In the Matter of the COLUMBIAN INSURANCE COMPANY.

(Argued November 20, 1883 ; decided December 4, 1883.)

*John M. Bowers* for appellants.

*John McDonald* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

———————

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE KNICKER-
BOCKER LIFE INSURANCE COMPANY.

(Argued November 20, 1883 ; decided December 4, 1883.)

*Joseph Herzfeld* for appellant.

*John C. Keeler* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.

———————

In the Matter of the Accounting of BERTRAND. CLOVER as
Assignee, etc.

(Argued November 20, 1883 ; decided December 4, 1883.)

*Nelson Smith* for appellant.

*De Witt C. Brown* for respondent.

Agree to dismiss appeal ;  no opinion.
All concur.
Appeal dismissed.